**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION**

LUIS F. MESA JR.,

    Plaintiff,                                                                     Case No.: 20-003044-CI

vs.

WAL-MART STORES EAST, LP.,

    Defendant.

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSIONS AND
INCORPORATED INTERROGATORIES**

    Plaintiff, LUIS F. MESA JR., by and through the undersigned counsel, files this Response to Defendant, WAL-MART STORES EAST, LP., Request for Admissions and states:

1. Admit that Plaintiff, at all times material to the incident that makes up the basis for the Complaint, had a permanent, physical residence and was domiciled in Florida.

    **Admitted.**

2. Admit that Plaintiff currently has a permanent, physical residence and is domiciled in Florida.

    **Admitted.**

3. Admit that the Plaintiff, at all times material to the incident that makes up the basis for the Complaint, had no plans to move out of the State of Florida.

    **Admitted.**

4. Admit that the Plaintiff currently has no plans to move out of the State of Florida.

    **Admitted.**

5. Admit that the Plaintiff, at all times material to the incident that makes up the basis for the Complaint, was a citizen of the State of Florida and was domiciled in the State of Florida.

    **Admitted.**

6. Admit that Plaintiff is currently a citizen of the State of Florida.

EXHIBIT "A"

> **Admitted.**

7. Admit that the Plaintiff is alleging damages in excess of $75,000.00

> **Admitted.**

## INTERROGATORIES

a. If the Plaintiff did have plans to move out of the State of Florida, please provide where the Plaintiff was planning to move.

> **N/A**

b. If the Plaintiff does currently have plans to move out of the State of Florida, please provide where the Plaintiff is planning to move.

> **N/A**

c. If the Plaintiff is alleging damages in excess of $75,000.00, please provide an itemized breakdown of the damages that the Plaintiff is seeking.

> **Medical billing records have been provided and an itemization will be prepared during discovery.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via Electronic Mail by Efile Made Easy on this 4 day of January, 2021 to: Andrew S. Bolin, Esquire, BCS, Trina S. Hearn, Esq., Bolin Law Group 1905 E. 7th Avenue  Tampa, FL 33605 (amc@bolin-law.com  jec@bolin-law.com  zgj@bolin-law.com).

>   */s/ Matthew A. Dolman*
> MATTHEW A. DOLMAN
> FBN:  / SPN: 02964416
> **DOLMAN LAW GROUP**
> 800 N. Belcher Road
> Clearwater, FL  33765
> Telephone:    (727) 451-6900
> Facsimile:     (727) 451-6907
> Rule   2.156   Email:   pleadings@dolmanlaw.com
> *Attorneys for Plaintiff*