# SurgCenter Northeast

## Account Inquiry

9/14/2020  2:28:51 PM

SurgCenter Northeast
2438 Martin Luther King St N
Suite C
SAINT PETERSBURG, FL 33704
Phone: 727-202-2912

MRN:

LUIS MESA

9/14/2020

## ITEMIZED STATEMENT

| Date | Transaction | Amount | Open Amount |
|---|---|---:|---:|
| 03/13/20 | Arthroscopy, Shoulder, Surgical; Synovectomy, Complete  (29821) | 19,166.00 | 19,166.00 |
| 03/13/20 | Arthroscopy, Shoulder, Surgical; Debridement, Extensive  (29823) | 19,166.00 | 19,166.00 |
| 03/13/20 | Arthroscopy, Shoulder, Surgical; With Lysis And Resection Of Adhesions, With Or Without Manipulation  (29825) | 19,166.00 | 19,166.00 |
| 03/13/20 | Arthroscopy, Shoulder, Surgical; Decompression Of Subacromial Space With Partial Acromioplasty, With Coracoacromial Ligament (ie, Arch) Release, When Performed (list Separately In Addition To Code For Primary Procedure)  (29826) | 19,166.00 | 19,166.00 |
| 03/13/20 | Injection, Anesthetic Agent; Brachial Plexus, Single  (64415) | 3,699.45 | 3,699.45 |
| 03/13/20 | Stryker Probe, Ref 0279-401-100  (99070) | 680.00 | 680.00 |
|  | Balance: |  | 81,043.45 |

COMPOSITE EXHIBIT "B"

Page 1 of 1

## Account Detail Listing

Practice corp: NORTHEAST ANESTHESIA LLC          Guarantor: LUIS MESA
                                                 Account #

| Date | TranCode | Qty | Description | Patient | Amount | Balance |
|---|---|---|---|---|---|---|
| 03/13/2020 | SVCFE | 1 | 29807 / 01630  AA  Shoulder arthroscopy/surgery | MESA, LUIS | 8800.00 | |
| 03/19/2020 | CLAIM | | Claim # 3618795(P 207484) to PI / DOLMAN LAW | | 0.00 | |
| | | | Balance -03/18/2020- DOLMAN LAW GROUP | | | 8800.00 |
| 03/13/2020 | SVCFE | 1 | 64415  59LT  N block inj brachial plexus | MESA, LUIS | 748.00 | |
| 03/19/2020 | CLAIM | | Claim # 3618795(P 207484) to PI / DOLMAN LAW | | 0.00 | |
| | | | Balance -03/18/2020- DOLMAN LAW GROUP | | | 748.00 |
| 03/13/2020 | SVCFE | 1 | 76942  59  Echo guide for biopsy | MESA, LUIS | 680.00 | |
| 03/19/2020 | CLAIM | | Claim # 3618795(P 207484) to PI / DOLMAN LAW | | 0.00 | |
| | | | Balance -03/18/2020- DOLMAN LAW GROUP | | | 680.00 |

# Patient Ledger for Luis Mesa

Service Dates: All    Financial Centers: All    Service Sites: All
Rendering Providers: All    Voids Included In Ledger

| | | |
|---|---|---|
| Responsible Party: | LUIS MESA JR LOP<br>C/O Dolman Law Grp<br>800 North Belcher Road<br>CLEARWATER, FL 33765 | Total Amount Billed: $25,360.85    Total Patient Adjustments: $0.00<br>Total Payments: $0.00    Total Insurance Adjustments: $0.00<br>Total Patient Payments: $0.00    Last Patient Payment:<br>Total Insurance Payments: $0.00    Last Insurance Payment: |
| Account: | ELBOW | Patient Balance: $25,360.85    Last Statement Date: 01/29/2020 |
| Phone: | (727)451-6900 | Insurance Balance: $0.00    Available Payer Credits: $0.00 |

**Pending Patient Pay    Smith, Jeremy    04/01/2020    LARGO, FL    Alexander Medical Group LLC    M75.42**

| Transaction | Service Date | Posted Date | Description | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 97162 | 04/01/20 | 04/01/20 | PT EVAL MOD COMPLEX 30 MIN | | $427.30 | $0.00 | $0.00 | $427.30 |
| 97110 | 04/01/20 | 04/01/20 | THERAPEUTIC EXERCISES | | $153.30 | $0.00 | $0.00 | $153.30 |
| Due: $580.60 | Pd: $0.00 | | Adj: $0.00 | Total: | $580.60 | $0.00 | $0.00 | $580.60 |

**Complete    Alexander, Vladimir    03/24/2020    LARGO OFFICE    Alexander Medical Group LLC    M75.42, S43.432D**

| Transaction | Service Date | Posted Date | Description | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 99024 | 03/24/20 | 03/24/20 | POSTOP FOLLOW-UP VISIT | | $0.00 | $0.00 | $0.00 | $0.00 |
| Due: $0.00 | Pd: $0.00 | | Adj: $0.00 | Total: | $0.00 | $0.00 | $0.00 | $0.00 |

**Complete    Khonsari, Jennifer N    03/17/2020    NE OFFICE    Alexander Medical Group LLC    M75.42, S43.432D**

| Transaction | Service Date | Posted Date | Description | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 99024 | 03/17/20 | 03/17/20 | POSTOP FOLLOW-UP VISIT | | $0.00 | $0.00 | $0.00 | $0.00 |
| Due: $0.00 | Pd: $0.00 | | Adj: $0.00 | Total: | $0.00 | $0.00 | $0.00 | $0.00 |

**Pending Patient Pay    Khonsari, Jennifer N    03/13/2020    SURGCENTER NORTHEAST    Alexander Medical Group LLC    M75.42**

| Transaction | Service Date | Posted Date | Description | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 29823 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | $3,213.71 | $0.00 | $0.00 | $3,213.71 |
| 29825 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | $3,001.98 | $0.00 | $0.00 | $3,001.98 |
| 29821 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | $3,035.26 | $0.00 | $0.00 | $3,035.26 |
| 29826 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | $910.86 | $0.00 | $0.00 | $910.86 |
| Due: $10,161.81 | Pd: $0.00 | | Adj: $0.00 | Total: | $10,161.81 | $0.00 | $0.00 | $10,161.81 |

**Pending Patient Pay    Alexander, Vladimir    03/13/2020    SURGCENTER NORTHEAST    Alexander Medical Group LLC    M75.42**

| Transaction | Service Date | Posted Date | Description | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 29823 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | $3,279.30 | $0.00 | $0.00 | $3,279.30 |
| 29825 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | $3,063.25 | $0.00 | $0.00 | $3,063.25 |
| 29821 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | $3,097.20 | $0.00 | $0.00 | $3,097.20 |
| 29826 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | $1,200.00 | $0.00 | $0.00 | $1,200.00 |
| Due: $10,639.75 | Pd: $0.00 | | Adj: $0.00 | Total: | $10,639.75 | $0.00 | $0.00 | $10,639.75 |

**Pending Patient Pay    Alexander, Vladimir    02/18/2020    LARGO OFFICE    Alexander Medical Group LLC    S43.432D**

| Transaction | Service Date | Posted Date | Description | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 99213 | 02/18/20 | 02/18/20 | OFFICE/OUTPATIENT VISIT EST | | $373.50 | $0.00 | $0.00 | $373.50 |
| Due: $373.50 | Pd: $0.00 | | Adj: $0.00 | Total: | $373.50 | $0.00 | $0.00 | $373.50 |

| | Pending Patient Pay | Smith, Jeremy | 02/03/2020 | LARGO PT | | Alexander Medical Group LLC | | S43.432D | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction | Service Date | Posted Date | Description | | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
| 97162 | 02/03/20 | 02/04/20 | PT EVAL MOD COMPLEX 30 MIN | | | $427.30 | $0.00 | $0.00 | $427.30 |
| 97110 | 02/03/20 | 02/04/20 | THERAPEUTIC EXERCISES | | | $153.30 | $0.00 | $0.00 | $153.30 |
| Due: $580.60 | Pd: $0.00 | | Adj: $0.00 | | Total: | $580.60 | $0.00 | $0.00 | $580.60 |

| | Pending Patient Pay | Alexander, Vladimir | 01/21/2020 | LARGO OFFICE | | Alexander Medical Group LLC | | S43.432D | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction | Service Date | Posted Date | Description | | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
| 99213 | 01/21/20 | 01/21/20 | OFFICE/OUTPATIENT VISIT EST | | | $373.50 | $0.00 | $0.00 | $373.50 |
| 20611 | 01/21/20 | 01/21/20 | ASPIRATION AND OR INJECTION MAJOR J | | | $475.80 | $0.00 | $0.00 | $475.80 |
| J1030 | 01/21/20 | 01/21/20 | METHYLPREDNISOLONE 40 MG INJ | | | $62.44 | $0.00 | $0.00 | $62.44 |
| Due: $911.74 | Pd: $0.00 | | Adj: $0.00 | | Total: | $911.74 | $0.00 | $0.00 | $911.74 |

| | Pending Patient Pay | Penello, Daniel | 12/11/2019 | LARGO OFFICE | | Alexander Medical Group LLC | | M25.522, M77.02 | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction | Service Date | Posted Date | Description | | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
| 99203 | 12/11/19 | 12/11/19 | OFFICE/OUTPATIENT VISIT NEW | | | $545.75 | $0.00 | $0.00 | $545.75 |
| 73080 | 12/11/19 | 12/11/19 | X-RAY EXAM OF ELBOW | | | $147.05 | $0.00 | $0.00 | $147.05 |
| Due: $692.80 | Pd: $0.00 | | Adj: $0.00 | | Total: | $692.80 | $0.00 | $0.00 | $692.80 |

| | Pending Patient Pay | Alexander, Vladimir | 12/10/2019 | LARGO OFFICE | | Alexander Medical Group LLC | | M75.42, M25.512 | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction | Service Date | Posted Date | Description | | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
| 99244 | 12/10/19 | 12/10/19 | OFFICE CONSULTATION | | | $737.00 | $0.00 | $0.00 | $737.00 |
| 20611 | 12/10/19 | 12/10/19 | ASPIRATION AND OR INJECTION MAJOR J | | | $468.20 | $0.00 | $0.00 | $468.20 |
| J1030 | 12/10/19 | 12/10/19 | METHYLPREDNISOLONE 40 MG INJ | | | $66.00 | $0.00 | $0.00 | $66.00 |
| 73030 | 12/10/19 | 12/10/19 | X-RAY EXAM OF SHOULDER | | | $148.85 | $0.00 | $0.00 | $148.85 |
| Due: $1,420.05 | Pd: $0.00 | | Adj: $0.00 | | Total: | $1,420.05 | $0.00 | $0.00 | $1,420.05 |

# Patient Ledger for Luis Mesa

Service Dates: All    Financial Centers: All    Service Sites: All
Rendering Providers: All    Voids Included In Ledger

| Responsible Party: | LUIS MESA JR LOP<br>C/O Dolman Law Grp<br>800 North Belcher Road<br>CLEARWATER, FL  33765 | | Total Amount Billed: | $372.05 | Total Patient Adjustments: | $0.00 |
|---|---|---|---|---|---|---|
| | | | Total Payments: | $0.00 | Total Insurance Adjustments: | $0.00 |
| | | | Total Patient Payments: | $0.00 | Last Patient Payment: | |
| | | | Total Insurance Payments: | $0.00 | Last Insurance Payment: | 01/14/2020 |
| Account: | ANKLE | | Patient Balance: | $372.05 | Last Statement Date: | 01/29/2020 |
| Phone: | (727)451-6900 | | Insurance Balance: | $0.00 | Available Payer Credits: | $0.00 |

**Pending Patient Pay    Penello, Daniel    12/16/2019    LARGO OFFICE    Alexander Medical Group LLC    M77.02, G56.22**

| Transaction | Service Date | Posted Date | Description | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 99213 | 12/16/19 | 12/16/19 | OFFICE/OUTPATIENT VISIT EST | | $372.05 | $0.00 | $372.05 | $0.00 |
| Insurance Payment | | 01/14/20 | Insurance Payment INSURANCE CORRESPOND | BENEFITS EXHAUSTED | $0.00 | $0.00 | $372.05 | $0.00 |
| Transfer | | 01/14/20 | From Primary Insurance to Patient | BENEFITS EXHAUSTED | $0.00 | ($372.05) | $0.00 | $372.05 |
| Due: $372.05 | Pd: $0.00 | | Adj: $0.00 | Total: | $372.05 | $0.00 | $0.00 | $372.05 |

# Patient Ledger for Luis Mesa

Service Dates: All    Financial Centers: All    Service Sites: All
Rendering Providers: All    Voids Included In Ledger

| Responsible Party: | LUIS MESA JR LOP<br>C/O Dolman Law Grp<br>800 North Belcher Road<br>CLEARWATER, FL 33765 | Total Amount Billed: | $25,758.65 | Total Patient Adjustments: | $0.00 |
|---|---|---|---|---|---|
| | | Total Payments: | $25.75 | Total Insurance Adjustments: | $0.00 |
| | | Total Patient Payments: | $25.75 | Last Patient Payment: | 10/26/2020 |
| | | Total Insurance Payments: | $0.00 | Last Insurance Payment: | 09/14/2020 |
| Account: | - LT SHOULDER/ LT ELBOW | Patient Balance: | $25,732.90 | Last Statement Date: | 01/29/2020 |
| Phone: | (727)451-6900 | Insurance Balance: | $0.00 | Available Payer Credits: | $0.00 |

| Superbill 270549 | Status Complete | Provider Alexander, Vladimir | Date of Service 10/26/2020 | Service Site LARGO OFFICE | Financial Center Alexander Medical Group LLC | Diagnoses |
|---|---|---|---|---|---|---|
| Transaction | Service Date | Posted Date | Description | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |

| Transaction | Service Date | Posted Date | Description | Ref Number | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|---|
| MEDREC | 10/26/20 | 10/26/20 | MEDICAL RECORDS | | | $25.75 | $0.00 | $0.00 | $25.75 |
| Patient Payment | | 10/26/20 | Patient Payment MEDICAL RECORD PAYMENT, | 007513 | | $0.00 | ($25.75) | $0.00 | $0.00 |
| Due: $0.00 | Pd: $25.75 | | Adj: $0.00 | | Total: | $25.75 | $25.75 | $0.00 | $0.00 |

| Superbill 244836 | Status Pending Patient Pay | Provider Smith, Jeremy | Date of Service 04/01/2020 | Service Site LARGO PT | Financial Center Alexander Medical Group LLC | Diagnoses M75.42 |
|---|---|---|---|---|---|---|

| Transaction | Service Date | Posted Date | Description | Ref Number | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|---|
| 97162 | 04/01/20 | 04/01/20 | PT EVAL MOD COMPLEX 30 MIN | | | $427.30 | $0.00 | $0.00 | $427.30 |
| 97110 | 04/01/20 | 04/01/20 | THERAPEUTIC EXERCISES | | | $153.30 | $0.00 | $0.00 | $153.30 |
| Due: $580.60 | Pd: $0.00 | | Adj: $0.00 | | Total: | $580.60 | $0.00 | $0.00 | $580.60 |

| Superbill 244015 | Status Complete | Provider Alexander, Vladimir | Date of Service 03/24/2020 | Service Site LARGO OFFICE | Financial Center Alexander Medical Group LLC | Diagnoses M75.42, S43.432D |
|---|---|---|---|---|---|---|

| Transaction | Service Date | Posted Date | Description | Ref Number | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|---|
| 99024 | 03/24/20 | 03/24/20 | POSTOP FOLLOW-UP VISIT | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Due: $0.00 | Pd: $0.00 | | Adj: $0.00 | | Total: | $0.00 | $0.00 | $0.00 | $0.00 |

| Superbill 243246 | Status Complete | Provider Khonsari, Jennifer N | Date of Service 03/17/2020 | Service Site NE OFFICE | Financial Center Alexander Medical Group LLC | Diagnoses M75.42, S43.432D |
|---|---|---|---|---|---|---|

| Transaction | Service Date | Posted Date | Description | Ref Number | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|---|
| 99024 | 03/17/20 | 03/17/20 | POSTOP FOLLOW-UP VISIT | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Due: $0.00 | Pd: $0.00 | | Adj: $0.00 | | Total: | $0.00 | $0.00 | $0.00 | $0.00 |

| Superbill 243318 | Status Pending Patient Pay | Provider Khonsari, Jennifer N | Date of Service 03/13/2020 | Service Site SURGCENTER NORTHEAST | Financial Center Alexander Medical Group LLC | Diagnoses M75.42 |
|---|---|---|---|---|---|---|

| Transaction | Service Date | Posted Date | Description | Ref Number | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|---|
| 29823 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | | $3,213.71 | $0.00 | $0.00 | $3,213.71 |
| 29825 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | | $3,001.98 | $0.00 | $0.00 | $3,001.98 |
| 29821 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | | $3,035.26 | $0.00 | $0.00 | $3,035.26 |
| 29826 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | | $910.86 | $0.00 | $0.00 | $910.86 |
| Due: $10,161.81 | Pd: $0.00 | | Adj: $0.00 | | Total: | $10,161.81 | $0.00 | $0.00 | $10,161.81 |

| Superbill 243309 | Status Pending Patient Pay | Provider Alexander, Vladimir | Date of Service 03/13/2020 | Service Site SURGCENTER NORTHEAST | Financial Center Alexander Medical Group LLC | Diagnoses M75.42 |
|---|---|---|---|---|---|---|

| Transaction | Service Date | Posted Date | Description | Ref Number | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|---|
| 29823 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | | $3,279.30 | $0.00 | $0.00 | $3,279.30 |
| 29825 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | | $3,063.25 | $0.00 | $0.00 | $3,063.25 |
| 29821 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | | $3,097.20 | $0.00 | $0.00 | $3,097.20 |
| 29826 | 03/13/20 | 03/12/20 | SHOULDER ARTHROSCOPY/SURGERY | | | $1,200.00 | $0.00 | $0.00 | $1,200.00 |
| Due: $10,639.75 | Pd: $0.00 | | Adj: $0.00 | | Total: | $10,639.75 | $0.00 | $0.00 | $10,639.75 |

| Superbill 239444 | Status Pending Patient Pay | Provider Alexander, Vladimir | Date of Service 02/18/2020 | Service Site LARGO OFFICE | Financial Center Alexander Medical Group LLC | Diagnoses S43.432D |
|---|---|---|---|---|---|---|
| Transaction | Service Date | Posted Date | Description | Ref Number | Fee | Trans Amt | Ins Bal | Pt Bal |

| Transaction | Service Date | Posted Date | Description | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 99213 | 02/18/20 | 02/18/20 | OFFICE/OUTPATIENT VISIT EST | | $373.50 | $0.00 | $0.00 | $373.50 |
| Due: $373.50 | Pd: $0.00 | | Adj: $0.00 | Total: | $373.50 | $0.00 | $0.00 | $373.50 |

| Superbill 237459 | Status Pending Patient Pay | Provider Smith, Jeremy | Date of Service 02/03/2020 | Service Site LARGO PT | Financial Center Alexander Medical Group LLC | Diagnoses S43.432D |
|---|---|---|---|---|---|---|

| Transaction | Service Date | Posted Date | Description | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 97162 | 02/03/20 | 02/04/20 | PT EVAL MOD COMPLEX 30 MIN | | $427.30 | $0.00 | $0.00 | $427.30 |
| 97110 | 02/03/20 | 02/04/20 | THERAPEUTIC EXERCISES | | $153.30 | $0.00 | $0.00 | $153.30 |
| Due: $580.60 | Pd: $0.00 | | Adj: $0.00 | Total: | $580.60 | $0.00 | $0.00 | $580.60 |

| Superbill 235656 | Status Pending Patient Pay | Provider Alexander, Vladimir | Date of Service 01/21/2020 | Service Site LARGO OFFICE | Financial Center Alexander Medical Group LLC | Diagnoses S43.432D |
|---|---|---|---|---|---|---|

| Transaction | Service Date | Posted Date | Description | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 99213 | 01/21/20 | 01/21/20 | OFFICE/OUTPATIENT VISIT EST | | $373.50 | $0.00 | $0.00 | $373.50 |
| 20611 | 01/21/20 | 01/21/20 | ASPIRATION AND OR INJECTION MAJOR J | | $475.80 | $0.00 | $0.00 | $475.80 |
| J1030 | 01/21/20 | 01/21/20 | METHYLPREDNISOLONE 40 MG INJ | | $62.44 | $0.00 | $0.00 | $62.44 |
| Due: $911.74 | Pd: $0.00 | | Adj: $0.00 | Total: | $911.74 | $0.00 | $0.00 | $911.74 |

| Superbill 231680 | Status Pending Patient Pay | Provider Penello, Daniel | Date of Service 12/16/2019 | Service Site LARGO OFFICE | Financial Center Alexander Medical Group LLC | Diagnoses M77.02, G56.22 |
|---|---|---|---|---|---|---|

| Transaction | Service Date | Posted Date | Description | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 99213 | 12/16/19 | 12/16/19 | OFFICE/OUTPATIENT VISIT EST | | $372.05 | $0.00 | $372.05 | $0.00 |
| 99213 | 12/16/19 | 09/14/20 | OFFICE/OUTPATIENT VISIT EST | | ($372.05) | $0.00 | $0.00 | $0.00 |
| 99213 | 12/16/19 | 09/14/20 | OFFICE/OUTPATIENT VISIT EST | | $372.05 | $0.00 | $0.00 | $372.05 |
| Insurance Payment | | 01/14/20 | Insurance Payment | | $0.00 | $0.00 | $0.00 | $372.05 |
| Transfer | | 01/14/20 | From Primary Insurance to Patient | | $0.00 | ($372.05) | ($372.05) | $744.10 |
| Insurance Payment | | 09/14/20 | Insurance Payment | | $0.00 | $0.00 | ($372.05) | $744.10 |
| Transfer | | 09/14/20 | From Patient to Primary Insurance | | $0.00 | ($372.05) | $0.00 | $372.05 |
| Due: $372.05 | Pd: $0.00 | | Adj: $0.00 | Total: | $372.05 | $0.00 | $0.00 | $372.05 |

| Superbill 231154 | Status Pending Patient Pay | Provider Penello, Daniel | Date of Service 12/11/2019 | Service Site LARGO OFFICE | Financial Center Alexander Medical Group LLC | Diagnoses M25.522, M77.02 |
|---|---|---|---|---|---|---|

| Transaction | Service Date | Posted Date | Description | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 99203 | 12/11/19 | 12/11/19 | OFFICE/OUTPATIENT VISIT NEW | | $545.75 | $0.00 | $0.00 | $545.75 |
| 73080 | 12/11/19 | 12/11/19 | X-RAY EXAM OF ELBOW | | $147.05 | $0.00 | $0.00 | $147.05 |
| Due: $692.80 | Pd: $0.00 | | Adj: $0.00 | Total: | $692.80 | $0.00 | $0.00 | $692.80 |

| Superbill 230957 | Status Pending Patient Pay | Provider Alexander, Vladimir | Date of Service 12/10/2019 | Service Site LARGO OFFICE | Financial Center Alexander Medical Group LLC | Diagnoses M75.42, M25.512 |
|---|---|---|---|---|---|---|

| Transaction | Service Date | Posted Date | Description | | Fee | Trans Amt | Ins Bal | Pt Bal |
|---|---|---|---|---|---|---|---|---|
| 99244 | 12/10/19 | 12/10/19 | OFFICE CONSULTATION | | $737.00 | $0.00 | $0.00 | $737.00 |
| 20611 | 12/10/19 | 12/10/19 | ASPIRATION AND OR INJECTION MAJOR J | | $468.20 | $0.00 | $0.00 | $468.20 |
| J1030 | 12/10/19 | 12/10/19 | METHYLPREDNISOLONE 40 MG INJ | | $66.00 | $0.00 | $0.00 | $66.00 |
| 73030 | 12/10/19 | 12/10/19 | X-RAY EXAM OF SHOULDER | | $148.85 | $0.00 | $0.00 | $148.85 |
| Due: $1,420.05 | Pd: $0.00 | | Adj: $0.00 | Total: | $1,420.05 | $0.00 | $0.00 | $1,420.05 |



**Patient Information**           - Mesa, Luis

301 Belcher Rd N Apt 1852                              **Make Check Payable To:**   BAEP

Largo, FL 33771-2010                                   Bay Area Emergency Physicians

                                                       PO Box 10919

**Guarantor Name**                                     Daytona Beach, FL 321201919

| Date Of Service | Physician | | Facility | | | CPT |
|---|---|---|---|---|---|---|
| 08/17/2019 | Feid, Kristin | | Morton Plant Hospital | | | 99284 |
| **Bill To** | **Status** | **Billed Date**   **Ded** | **Billed Amt** | **Paid Dt** | **Paid Amt** | **Check No**   **TIC** |
| | Charge | 08/17/19 | $621.00 | 08/27/19 | ($621.00) | |
| | Sent ECS | 08/27/19 | $621.00 | 09/06/19 | $76.01 | 101 |
| | Contractual | 09/06/19 | $544.99 | 09/06/19 | $544.99 | |

**Agency Balance:** $0.00      **Agency Com Due:** $0.00      **Proc Balance:** $0.00      Coll Stat: N

| Date Of Service | Physician | | Facility | | | CPT |
|---|---|---|---|---|---|---|
| 08/17/2019 | Feid, Kristin | | Morton Plant Hospital | | | 12001 |
| **Bill To** | **Status** | **Billed Date**   **Ded** | **Billed Amt** | **Paid Dt** | **Paid Amt** | **Check No**   **TIC** |
| | Charge | 08/17/19 | $453.00 | 08/27/19 | ($453.00) | |
| | Sent ECS | 08/27/19 | $453.00 | 09/06/19 | $27.96 | 101 |
| | Contractual | 09/06/19 | $425.04 | 09/06/19 | $425.04 | |

**Agency Balance:** $0.00      **Agency Com Due:** $0.00      **Proc Balance:** $0.00      Coll Stat: N

**Total Balance:** $0.00

**Patient Information** - Mesa, Luis  
301 Belcher Rd N Apt 1852  
Largo, FL 33771-2010

**Guarantor Name** NONE,

**Make Check Payable To:**  
Bay Area Emergency Physicians LLC  
PO Box 10919  
Daytona Beach, FL 321201919

DUVA·SAWKO

| Date Of Service | Physician | | | Facility | | | | CPT |
|---|---|---|---|---|---|---|---|---|
| 09/27/2019 | Gilbert, Amanda | | | Morton Plant Hospital | | | | 99285 |
| **Bill To** | **Status** | **Billed Date** | **Ded** | **Billed Amt** | **Paid Dt** | **Paid Amt** | **Check No** | **TIC** |
| | Charge | 09/27/19 | | $930.00 | 10/07/19 | ($930.00) | | |
| | Sent ECS | 10/07/19 | | $930.00 | 10/18/19 | $111.95 | | 101 |
| | Contractual | 10/18/19 | | $818.05 | 10/18/19 | $818.05 | | |

**Agency Balance:** $0.00   **Agency Com Due:** $0.00   **Proc Balance:** $0.00   Coll Stat: N

| Date Of Service | Physician | | | Facility | | | | CPT |
|---|---|---|---|---|---|---|---|---|
| 09/27/2019 | Gilbert, Amanda | | | Morton Plant Hospital | | | | 12011 |
| **Bill To** | **Status** | **Billed Date** | **Ded** | **Billed Amt** | **Paid Dt** | **Paid Amt** | **Check No** | **TIC** |
| | Charge | 09/27/19 | | $546.00 | 10/07/19 | ($546.00) | | |
| | Sent ECS | 10/07/19 | | $546.00 | 10/18/19 | $34.56 | | 101 |
| | Contractual | 10/18/19 | | $511.44 | 10/18/19 | $511.44 | | |

**Agency Balance:** $0.00   **Agency Com Due:** $0.00   **Proc Balance:** $0.00   Coll Stat: N

**Total Balance:** $0.00

Ran On 10/8/2020 2:33:25 PM        By: DUVASAWKO\LJ658        Page: 1 of 1

**Patient Information** - Mesa, Luis  
301 Belcher Rd N Apt 1852  
Largo, FL 33771-2010

**Make Check Payable To:**  
Bay Area Emergency Physicians LLC  
PO Box 10919  
Daytona Beach, FL 321201919

DUVA·SAWKO

**Guarantor Name** NONE,

| Date Of Service | Physician | | Facility | | | | CPT |
|---|---|---|---|---|---|---|---|
| 02/29/2020 | Brown, Elizabeth | | Morton Plant Hospital | | | | 99285 |
| **Bill To** | **Status** | **Billed Date** **Ded** | **Billed Amt** | **Paid Dt** | **Paid Amt** | **Check No** | **TIC** |
| | Charge | 02/29/20 | $930.00 | 03/10/20 | ($930.00) | | |
| | Sent ECS | 03/10/20 | $930.00 | 03/20/20 | $0.00 | | 107 |
| | Billed | 03/23/20 | $930.00 | 04/23/20 | $0.00 | | |
| | Billed | 04/23/20 | $930.00 | 05/24/20 | $0.00 | | |
| | Billed | 05/24/20 | $930.00 | 06/21/20 | $0.00 | | |
| | Bad Debt | 06/21/20 | $930.00 | 06/21/20 | $0.00 | | |
| | Held | 06/21/20 | $930.00 | 06/22/20 | $0.00 | | 215 |
| | Paid | 06/22/20 | $930.00 | 06/22/20 | $0.00 | | |
| | Sent ECS | 06/22/20 | $930.00 | 07/22/20 | $0.00 | | 106 |
| | Billed | 07/22/20 | $930.00 | 08/19/20 | $0.00 | | |
| | Bad Debt | 08/19/20 | $930.00 | 09/15/20 | $930.00 | | |

**Agency Balance:** $930.00    **Agency Com Due:** $0.00    **Proc Balance:** $0.00    Coll Stat: Y

| Date Of Service | Physician | | Facility | | | | CPT |
|---|---|---|---|---|---|---|---|
| 02/29/2020 | Brown, Elizabeth | | Morton Plant Hospital | | | | 93010 |
| **Bill To** | **Status** | **Billed Date** **Ded** | **Billed Amt** | **Paid Dt** | **Paid Amt** | **Check No** | **TIC** |
| | Charge | 02/29/20 | $86.00 | 03/10/20 | ($86.00) | | |
| | Sent ECS | 03/10/20 | $86.00 | 03/20/20 | $0.00 | | 107 |
| | Billed | 03/23/20 | $86.00 | 04/23/20 | $0.00 | | |
| | Billed | 04/23/20 | $86.00 | 05/24/20 | $0.00 | | |
| | Billed | 05/24/20 | $86.00 | 06/21/20 | $0.00 | | |
| | Bad Debt | 06/21/20 | $86.00 | 06/21/20 | $0.00 | | |
| | Held | 06/21/20 | $86.00 | 06/22/20 | $0.00 | | 215 |
| | Paid | 06/22/20 | $86.00 | 06/22/20 | $0.00 | | |
| | Sent ECS | 06/22/20 | $86.00 | 07/22/20 | $0.00 | | 154 |
| | Held | 07/22/20 | $86.00 | | | | 247 |

**Agency Balance:** $0.00    **Agency Com Due:** $0.00    **Proc Balance:** $86.00    Coll Stat: N

**Total Balance:** $86.00

| Patient Information | | - Mesa, Luis | | | | | | DUVA·SAWKO |
|---|---|---|---|---|---|---|---|---|
| | | | **Make Check Payable To:** | | | | | |
| | Phone: | | Bay Area Emergency Physicians LLC | | | | | |
| | | | PO Box 10919 | | | | | |
| **Guarantor Name** | NONE, | | Daytona Beach, FL 321201919 | | | | | |

| Date Of Service | Physician | | Facility | | | | | CPT |
|---|---|---|---|---|---|---|---|---|
| 07/23/2020 | Haire, Stephen | | Morton Plant Hospital | | | | | 99284 |
| **Bill To** | **Status** | **Billed Date   Ded** | **Billed Amt** | **Paid Dt** | **Paid Amt** | **Check No** | | **TIC** |
| | Charge | 07/23/20 | $621.00 | 07/31/20 | ($621.00) | | | |
| | Sent ECS | 08/04/20 | $621.00 | 08/17/20 | $76.50 | | | 101 |
| | Contractual | 08/17/20 | $544.50 | 08/17/20 | $544.50 | | | |

**Agency Balance:** $0.00     **Agency Com Due:** $0.00     **Proc Balance:** $0.00     Coll Stat: N

**Total Balance:** $0.00

# Patient Ledger

Date Printed: 09/15/2020

## Diagnostic Imaging Consultants
5136 Central Avenue
SAINT PETERSBURG, FL 33707-1833

Filters :   Patient Number:

| Ticket No | Date | CPT Code | Transaction Description | Charges | Payment | Chg.Adj | Pymt Adj. | Balance |
|---|---|---|---|---|---|---|---|---|
| | | **Patient Information** | | | **Responsible Party Information** | | | |
| Name: | | MESA, LUIS | | | DOLMAN LAW GROUP, THE | | | |
| Patient Number: | | | | | | | | |
| Address: | | | | | 800 N BELCHER RD | | | |
| | | | | | CLEARWATER, FL 33765 | | | |
| Home Phone: | | | | | | | | |
| Work Phone: | | | | | | | | |
| Sex: | | M | | | M | | | |
| Birth Date: | | 08/26/1992 | | | 01/01/1969 | | | |
| Chart No.: | | | | | | | | |
| 93012 | | | | | | | | |
| | 10/03/2019 | 72052 | CERVICAL SPINE 6 OR MORE VIEWS | $96.00 | $0.00 | $0.00 | $0.00 | $96.00 |
| | 10/03/2019 | 72110 | LUMBAR MINIMUM 4V | $78.00 | $0.00 | $0.00 | $0.00 | $78.00 |
| | | | **Total for Ticket:** | $174.00 | $0.00 | $0.00 | $0.00 | $174.00 |
| | | | **Total for Location:** | $174.00 | $0.00 | $0.00 | $0.00 | $174.00 |
| **Grand Total:** | | | | $174.00 | $0.00 | $0.00 | $0.00 | $174.00 |



# INTERVENTIONAL
SPINE & JOINT

**Locations**
1881 W. Kennedy Blvd., Suite A., Tampa, FL 33606
•
515 Missouri Ave. N., Largo, FL 33770

Date: September 8, 2020

Atty: Dolman Law Group

Patient: Mesa, Luis

Account #:

| Claim No | Date | Description | Charges | Payments | Adjust | Pt Bal | Ins Bal |
|---|---|---|---|---|---|---|---|
| 48641 | 04/14/2020 | 99203 | 471.48 | | | | 471.48 |
| 48696 | 04/28/2020 | 64490 | 2,669.00 | | | | 2,669.00 |
| 48696 | 04/28/2020 | 64491 | 1,426.00 | | | | 1,426.00 |
| 48697 | 04/28/2020 | 99213 | 435.00 | | | | 435.00 |
| 48794 | 05/12/2020 | 99214 | 694.00 | | | | 694.00 |
| 48928 | 05/26/2020 | 99214 | 694.00 | | | | 694.00 |
| 48929 | 05/26/2020 | 64490 | 5,338.00 | | | | 5,338.00 |
| 48929 | 05/26/2020 | 64491 | 2,852.00 | | | | 2,852.00 |
| 49319 | 06/23/2020 | 64633 | 4,365.00 | | | | 4,365.00 |
| 49319 | 06/23/2020 | 64634 | 4,527.00 | | | | 4,527.00 |
| 49320 | 06/23/2020 | 99214 | 1,108.00 | | | | 1,108.00 |
| 49529 | 07/07/2020 | 99213 | 831.00 | | | | 831.00 |
| 49925 | 08/04/2020 | 99214 | 1,108.00 | | | | 1,108.00 |
| 50324 | 09/01/2020 | 99214 | 1,108.00 | | | | 1,108.00 |
| | Total | | 27,626.48 | 0.00 | 0.00 | 0.00 | 27,626.48 |

*Please note: This balance may not reflect the entire balance due from all invoices with Choice Health Care, Inc. d.b.a. Interventional Spine & Joint. For further billing inquiries, please contact our billing department at 813.513.3030.

Make Checks Payable to: Choice Health Care, Inc. d.b.a. Interventional Spine & Joint

TIN: 30-051-7519, NPI: 155-850-7582
Corporate Billing Address: 515 Missouri Avenue N., Largo, FL 33770

## MRI Associates of Palm Harbor INC
### Patient Activity Statement

**Patient Information.**
Mesa, Luis F JR

**Patient Account #:**

| Encounter | Date | Code | Description | Amount |
|---|---|---|---|---|
| 376798 | 10/27/2019 | 73221 | MRI ANY JT UXTR C-MATRL | $2,440.00 |
| 376798 | 10/27/2019 | 73221 | MRI ANY JT UXTR C-MATRL | $2,440.00 |
| 376798 | 10/27/2019 | 72141 | MRI C-SPINE W/O CONTRAST | $2,440.00 |
| 376798 | 11/05/2019 | | Paper claim (RED) to DOLMAN LAW GROUP(primary_insurance) -- Invoice No 11941 | |
| | | | Total | $7,320.00 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | $7,320.00 | $7,320.00 |

| Coverage | Company | Expiration | Policy | Group |
|---|---|---|---|---|
| P | | | | |
| P | DOLMAN LAW GROUP | | SLIP AND FALL | |

## STATEMENT OF ACCOUNT



**Spinal Correction Center**
515 Missouri Ave
Largo, FL, 33770

Page: 1 of 5
Tax ID:
Date: 09/16/2020

Luis Mesa
301 Balcha

**ICD Diagnosis codes**

S134XXA
S233XXA
S335XXA
M791

**Selected transactions for period: 09/06/2019 to 09/16/2020**

| Date | Service description | Pr | CPT | Fee | Deductible | P.W-off | P.Paid | Ins.W-off | Ins.Paid |
|---|---|---|---|---|---|---|---|---|---|
| 09/06/2019 | COMP NP EXAM | F | 99205 | $400.00 | | | | | |
| 09/06/2019 | CERVICAL XRAYS COMPLETE | F | 72052 | $300.00 | | | | | |
| 09/06/2019 | LUMBAR XRAYS COMPLETE | F | 72110 | $195.00 | | | | | |
| 09/06/2019 | SPINE SINGLE VIEW 14 X 17 | F | 72020 | $50.00 | | | | | |
| 09/06/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 09/10/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 09/10/2019 | REVIEW OF FINDINGS | F | 99213 | $205.00 | | | | | |
| 09/10/2019 | EXTREMITY ADJUSTMENT | F | 98943 | $45.00 | | | | | |
| 09/16/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 09/17/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 09/17/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 09/19/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 09/19/2019 | EXTREMITY ADJUSTMENT | F | 98943 | $45.00 | | | | | |
| 09/19/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |

### PATIENT BALANCE

| | | |
|---|---|---|
| **Previous balance on 09/05/2019** | : | 0.00 |
| **Selected transactions for period 09/06/2019 to 09/16/2020** | : | 0.00 |
| **Total patient balance on 09/16/2020** | : | 0.00 |

**Current patient balance: 0.00**    **Current insurance balance: 7865.00**    **Current account balance: 7865.00**

File No:   198856 - Luis Mesa

## STATEMENT OF ACCOUNT

Page: 2 of 5



**Spinal Correction Center**
515 Missouri Ave
Largo, FL, 33770

Tax ID:
Date: 09/16/2020

Luis Mesa
301 Balcha

**ICD Diagnosis codes**

S134XXA
S233XXA
S335XXA
M791

| Date | Service description | Pr | CPT | Fee | Deductible | P.W-off | P.Paid | Ins.W-off | Ins.Paid |
|---|---|---|---|---|---|---|---|---|---|
| 09/23/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 09/23/2019 | EXTREMITY ADJUSTMENT | F | 98943 | $45.00 | | | | | |
| 09/25/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 09/25/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 09/30/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 09/30/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 10/02/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/04/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/07/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/07/2019 | 1 UNIT EXERCISE | F | 97110 | $60.00 | | | | | |
| 10/09/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/09/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 10/09/2019 | EST PT REEXAM | F | 99214 | $175.00 | | | | | |
| 10/11/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/11/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 10/11/2019 | EXTREMITY ADJUSTMENT | F | 98943 | $45.00 | | | | | |

### PATIENT BALANCE

| | | |
|---|---|---|
| **Previous balance on 09/05/2019** | : | 0.00 |
| **Selected transactions for period 09/06/2019 to 09/16/2020** | : | 0.00 |
| **Total patient balance on 09/16/2020** | : | 0.00 |

**Current patient balance:** 0.00    **Current insurance balance:** 7865.00    **Current account balance:** 7865.00

File No:   198856 - Luis Mesa

## STATEMENT OF ACCOUNT



Page: 3 of 5

**Spinal Correction Center**
515 Missouri Ave
Largo, FL, 33770

Tax ID:
Date: 09/16/2020

Luis Mesa
301 Balcho

**ICD Diagnosis codes**

S134XXA
S233XXA
S335XXA
M791

| Date | Service description | Pr | CPT | Fee | Deductible | P.W-off | P.Paid | Ins.W-off | Ins.Paid |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/14/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 10/14/2019 | EXTREMITY ADJUSTMENT | F | 98943 | $45.00 | | | | | |
| 10/17/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/17/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 10/22/2019 | EXTREMITY ADJUSTMENT | F | 98943 | $45.00 | | | | | |
| 10/22/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/22/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 10/24/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/24/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 10/25/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/25/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 10/29/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 10/31/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 11/04/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 11/11/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |

### PATIENT BALANCE

| | | |
|---|---|---|
| **Previous balance on 09/05/2019** | : | 0.00 |
| **Selected transactions for period 09/06/2019 to 09/16/2020** | : | 0.00 |
| **Total patient balance on 09/16/2020** | : | 0.00 |

**Current patient balance: 0.00**    **Current insurance balance: 7865.00**    **Current account balance: 7865.00**

File No:  198856 - Luis Mesa

## STATEMENT OF ACCOUNT

Page: 4 of 5



**Spinal Correction Center**
515 Missouri Ave
Largo, FL, 33770

Tax ID:
Date: 09/16/2020

Luis Mesa
301 Raleh

**ICD Diagnosis codes**

S134XXA
S233XXA
S335XXA
M791

| Date | Service description | Pr | CPT | Fee | Deductible | P.W-off | P.Paid | Ins.W-off | Ins.Paid |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 11/15/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 11/18/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 11/18/2019 | EST PT REEXAM | F | 99214 | $175.00 | | | | | |
| 11/22/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 11/27/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 11/27/2019 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 12/04/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 12/05/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 12/06/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 12/09/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 12/11/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 12/13/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 12/16/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 12/18/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 12/20/2019 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |

### PATIENT BALANCE

| | | |
|---|---|---|
| **Previous balance on 09/05/2019** | : | 0.00 |
| **Selected transactions for period 09/06/2019 to 09/16/2020** | : | 0.00 |
| **Total patient balance on 09/16/2020** | : | 0.00 |

**Current patient balance: 0.00**   **Current insurance balance: 7865.00**   **Current account balance: 7865.00**

File No:  198856 - Luis Mesa

## STATEMENT OF ACCOUNT

Page: 5 of 5

**Spinal Correction Center**
515 Missouri Ave
Largo, FL, 33770

Tax ID:
Date: 09/16/2020

Luis Mesa
301 Balaba

**ICD Diagnosis codes**

S134XXA
S233XXA
S335XXA
M791

| Date | Service description | Pr | CPT | Fee | Deductible | P.W-off | P.Paid | Ins.W-off | Ins.Paid |
|---|---|---|---|---|---|---|---|---|---|
| 12/20/2019 | EST PT REEXAM | F | 99214 | $175.00 | | | | | |
| 01/10/2020 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 01/10/2020 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| 01/22/2020 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 01/31/2020 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 02/07/2020 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 02/14/2020 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 02/19/2020 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 02/27/2020 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 03/06/2020 | CHIROPRACTIC ADJUSTMENT | F | 98941 | $95.00 | | | | | |
| 03/06/2020 | THERAPEUTIC EXERCISE | F | 97110 | $120.00 | | | | | |
| | **TOTAL:** | | | $7865.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### PATIENT BALANCE

**Previous balance on 09/05/2019** : 0.00
**Selected transactions for period 09/06/2019 to 09/16/2020** : 0.00

**Total patient balance on 09/16/2020** : 0.00

**Current patient balance: 0.00**   **Current insurance balance: 7865.00**   **Current account balance: 7865.00**

File No:  198856 - Luis Mesa

Sierra Surgical                                                                    775-849-0183    p.2

Sierra Surgical                                                          **Invoice**
19755 Paddlewheel Lane
Reno, NV 89521
Phone (775) 432-1800
Fax (775) 849-0183

| Date | Invoice # |
|---|---|
| 3/22/2020 | 16099 |

**Bill To**

Luis Mesa
c/o Dolman Law Group
800 N Belchner Rd
Clearwater, Fl 33765

| P.O. Number | Date of Service | Physician | Office | Terms |
|---|---|---|---|---|
| 16099 | 03/13/2020 | Dr Alexander | SCNE | Consignment |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | 20025 | SCD Compression Sleeves 2 @ 500 each | 1,000.00 | 1,000.00 |
| 1 | 20006 | Cold Compression Rental $100 a day for 15 days | 1,500.00 | 1,500.00 |
| 1 | L3660 | Shoulder Abduction Sling | 525.00 | 525.00 |
|   |   | Patient Name: Luis Mesa |   |   |

In the event this case settles and Sierra Surgical is not notified and paid, we reserve the right to pursue collection of this invoice. All costs of collection including attorney's fees and court costs in all trial and appellate courts shall be added to the amount due. Venue for such proceeding shall be in Broward County, Florida, State

hank you for your business.

**Total**    $3,025.00